CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2010

JOHN F. CORCORAN, CLERK
BY:
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:03CR00128-1 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DONALD MILTON BOYSAW | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with this court's memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that the motion of Donald Milton Boysaw purportedly pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is **DISMISSED** as a successive § 2255 motion.

The court finds that Boysaw has not made the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1) and **DENIES** a certificate of appealability.

**ENTER:** June 14, 2010.

_____
UNITED STATES DISTRICT JUDGE