CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 28 2010

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:03CR00128-1 |
| | ) | |
| v. | ) | **DISMISSAL ORDER** |
| | ) | |
| DONALD MILTON BOYSAW | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

In accordance with this court's memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that the motion of Donald Milton Boysaw purportedly pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is **DENIED**. Boysaw's motion is **CONSTRUED** as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, and the Clerk is directed to **FILE** the motion as such; the § 2255 motion shall be and hereby is **DISMISSED without prejudice** as successive; and the case is hereby **STRICKEN** from the active docket.

The court finds that Boysaw has not made the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1) and **DENIES** a certificate of appealability.

ENTER: This 26th day of June, 2010.

United States District Judge